APRIL 16, 2012

No. 11–7325.   SPRINGSTON *v.* UNITED STATES.   C. A. 8th Cir. Reported below: 650 F. 3d 1153; and

No. 11–8138.   CARAWAY *v.* UNITED STATES.   C. A. 2d Cir.   Reported below: 431 Fed. Appx. 49.   Motions of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Reynolds* v. *United States,* 565 U. S. 432 (2012).

No. 11–8788.   HALE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–8853.   ABULKHAIR *v.* CITIBANK & ASSOCIATES.   C. A. 3d Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–8960.   PITCHFORD *v.* TURBITT ET AL.   C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–9033.   TAFARI *v.* PAUL ET AL.   C. A. 2d Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. D–2635.   IN RE DISCIPLINE OF MCALLISTER.   Robert T. McAllister, of Denver, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2636.   IN RE DISCIPLINE OF GUFFEY.   William O. Guffey, of Chula Vista, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.